IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LIKKIA WATSON,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC, and EQUIFAX INFORMATION SERVICES, LLC;<br><br>    Defendants. | Case No. CIV-23-78-D |

**ORDER**

Before the Court is Plaintiff's Motion to Dismiss Defendant Experian Information Solutions, Inc. [Doc. No. 17], pursuant to Fed. R. Civ. P. 41(a)(2). Pursuant to Fed. R. Civ. P. 41(a)(2), a district court may allow a plaintiff to dismiss an action "on terms that the court considers proper." Upon consideration, the Court finds that dismissal of Defendant Experian Information Solutions, Inc., is appropriate. *See Ohlander v. Larson*, 114 F.3d 1531, 1537 (10th Cir. 1997) ("Absent 'legal prejudice' to the defendant, the district court normally should grant such a dismissal.").

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** as against Defendant Experian Information Solutions, Inc.

**IT IS SO ORDERED** this 5th day of April, 2023.

						_____
						TIMOTHY D. DeGIUSTI
						Chief United States District Judge